**COUNTRYMAN & McDANIEL**
MICHAEL S. McDANIEL [State Bar No. 66774]
ANDREW D. KEHAGIARAS [State Bar No. 207767]
LAX Airport Center, Eleventh Floor
5933 West Century Boulevard
Los Angeles, California 90045
Telephone:  (310) 342-6500
Facsimile:  (310) 342-6505

Attorneys for defendant, counterclaimant, and cross-claimant NAVIGATORS INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASHA STEVEDORING AND TERMINALS, L.P., | **CASE NO. C 06-03942 PJH** |
| Plaintiff, | **STIPULATION RE: VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| NAVIGATORS INSURANCE COMPANY, a New York corporation; PAN OCEAN SHIPPING CO., LTD., a Korean corporation; STX PAN OCEAN CO., LTD., a Korean corporation; and DOES 1 through 10, inclusive, | [Fed. R. Civ. P. 41(a)(1)(ii)] |
| Defendant(s). | |
| NAVIGATORS INSURANCE COMPANY, | |
| Counterclaimant, | |
| vs. | |
| PASHA STEVEDORING AND TERMINALS, L.P. and ROES 1 through 10, inclusive, | |
| Counter-Defendants, | |

- 1 -

L:\Cases\Navigators\Pasha\Stip & Order re Dismissal.wpd     STIPULATION RE: VOLUNTARY DISMISSAL

```
NAVIGATORS INSURANCE COMPANY, )
                              )
          Cross-Claimant,     )
                              )
     vs.                      )
                              )
PAN OCEAN SHIPPING CO., LTD.; )
STX PAN OCEAN CO., LTD.; and  )
ROES 11 through 20,           )
inclusive,                    )
                              )
          Cross-Defendants.   )
_____)
```

**TO THE HONORABLE COURT:**

COME NOW plaintiff and counter-defendant Pasha Stevedoring and Terminals, L.P.'s ("Pasha"), defendant, counter-claimant, and cross-claimant Navigators Insurance Company ("Navigators"), and defendants and third-party defendants STX Pan Ocean Co., Ltd. and Pan Ocean Shipping Co., Ltd. (collectively, the "Pan Ocean Entities"), and further to an agreement among the parties, and under Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate to the voluntary dismissal, with prejudice, of Pasha's complaint in the above-captioned action against Navigators and the Pan Ocean Entities.  The parties further stipulate to the voluntary dismissal, with prejudice, of Navigators' counterclaim against Pasha, and cross-claim against the Pan Ocean Entities.

Dated: August 30, 2006          **COUNTRYMAN & McDANIEL**
                                MICHAEL S. McDANIEL
                                ANDREW D. KEHAGIARAS


                         By:  _____
                                ANDREW D. KEHAGIARAS
                                Attorneys for defendant,
                                counterclaimant, and cross-claimant
                                NAVIGATORS INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | Dated: August 30, 2006 | **HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP** |
| 2 | | GORDON D. McAULEY |
| 3 | | |
| 4 | | By: _____ |
| 5 | | GORDON D. McAULEY |
| | | Attorneys for plaintiff and counter-defendant PASHA STEVEDORING & TERMINALS L.P. |

| | | |
|---|---|---|
| 8 | Dated: August 30, 2006 | **FLYNN, DELICH & WISE LLP** |
| 9 | | JAMES B. NEBEL |
| 11 | | By: _____ |
| | | JAMES B. NEBEL |
| 12 | | Attorneys for defendants and third-party defendants STX PAN OCEAN CO., LTD. and PAN OCEAN SHIPPING CO., LTD. |

9/5/06

**IT IS SO ORDERED**

[signature]

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

L:\Cases\Navigators\Pasha\Stip & Order re Dismissal.wpd        STIPULATION RE: VOLUNTARY DISMISSAL